UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :          21-Cr-559 (SHS)

          -against-                                       :

NIAMATULLAH GORGEECH,                              :          ORDER

             Defendant.                       :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that the conference is adjourned to February 27, 2023, at 2:30 p.m.

Dated: New York, New York
       February 22, 2023

                                  SO ORDERED:

                                   Sidney H. Stein, U.S.D.J.